THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* THOMAS CLIFTON CARL, Petitioner-Appellant.

(No. 57137; ▮▮▮▮▮▮▮▮▮▮▮)

First District (2nd Division)—March 20, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, for the People.